306 So.2d 50

### In re Carson KELSOE

v.

### STATE.

### Ex parte Carson Kelsoe.

### SC 1096.

Supreme Court of Alabama.

Jan. 9, 1975.

Jasper B. Roberts, Montgomery, for petitioner.

No brief for the State.

McCALL, Justice.

Petition of Carson Kelsoe for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Kelsoe v. State, 54 Ala.App. 179, 306 So.2d 47.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

301 So.2d 191

### In re Joan Carolyn McGough LAWTON

v.

### William L. McGOUGH.

### Ex parte Joan Carolyn McGough Lawton.

### SC 963.

Supreme Court of Alabama.

Oct. 3, 1974.

Rogers, Howard, Redden & Mills, Birmingham, for petitioner.

No brief for respondent.

HARWOOD, Justice.

Petition of Joan Carolyn McGough Lawton for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Lawton v. McGough, 53 Ala.App. 423, 301 So.2d 188.

Writ denied.

All the Justices concur.